UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHARLES EDWARD RAY KENNEDY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ANDERSON COUNTY, TENNESSEE, ) </br> and SOUTHERN HEALTH ) </br> PARTNERS, ) </br> ) </br> Defendants. ) | No. 3:20-CV-00295-JRG-DCP |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Defendants' motions for summary judgment [Docs. 22, 24] are **GRANTED**;

2. This action is **DISMISSED**;

3. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                      s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

   s/ *LeAnna R. Wilson*
   District Court Clerk